R. S. CRENSHAW, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Division B.

Decision Filed February 12, 1927.

A Writ of Error to the Criminal Court of Record for Duval County; James M. Peeler, Judge.

*Fred M. Valz, W. A. Paisley* and *Baker, Baker & Rutherford*, for Plaintiff in Error;

*J. B. Johnson*, Attorney General, and *Roy Campbell*, Assistant Attorney General, for the State.

PER CURIAM.—The judgment in this case is reversed on authority of the opinion in the case of I. O. Percifield v. State of Florida, filed at this term of Court.

Reversed.

All concur.